## Second Department, September, 1937.
### (September 3, 1937.)

In the Matter of the Application of WILLIAM H. JACKSON for an Order Directing the Board of Elections of the City of New York to Place the Name of WILLIAM H. JACKSON as Candidate for the Public Office of Borough President of the Borough of Richmond, City of New York, upon the Official Republican Primary Ballot, to Be Voted for in the Republican Primary, to Be Held in the County of Richmond on the 16th Day of September, 1937, and for a Further Order Restraining the Board of Elections of the City of New York from Omitting the Name of WILLIAM H. JACKSON from Said Official Republican Primary Ballot and Enjoining and Restraining the Said Board of Elections from Printing Said Official Republican Primary Ballot Affecting the Borough and County of Richmond Until Final Hearing and Determination of This Application, and for Such Other Relief as May Be Proper in the Premises. WILLIAM H. JACKSON, Appellant; BOARD OF ELECTIONS OF THE CITY OF NEW YORK and EDWARD A. RUPPELL, Respondents.— The parties having agreed in open court that this appeal may be decided by a court of four justices, the decision is as follows: Order denying the petitioner's application affirmed, without costs, as a matter of law and not in the exercise of discretion. There was no substantial compliance with the statute. (*Matter of Dorsey* v. *Cohen*, 268 N. Y. 620.) Hagarty, Johnston, Adel and Taylor, JJ., concur.

### (September 10, 1937.)

In the Matter of the Application of CHARLES A. MORTON for an Order to Compel the Board of Elections of the County of Nassau to Print His Name as a Candidate for Member of the Nassau County Committee of the Republican Party for the 134th Election District of the First Assembly District of the Town of Hempstead upon the Ballot for the Primary Election to Be Held on September 16, 1937. CHARLES A. MORTON, Appellant; BOARD OF ELECTIONS OF THE COUNTY OF NASSAU and PERRY A. BECK, Respondents.— At the time the committee to fill vacancies acted there were three members thereof and a majority was authorized to and did fill the vacancy. Order denying application reversed on the law and the facts, without costs, and motion granted, without costs. Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.